IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ivan Vechioli-Cruz, et al., <br><br> Appellant <br><br> v. <br><br> Kiyomi M. Santos-Onoda <br><br> Appellee. | **Civil No. 23-1352 (GMM)** |

**JUDGMENT**

In accordance with the Opinion and Order issued today (Docket No. 20), Judgment is hereby entered as follows. The Appeal is DENIED. The Bankruptcy Court's June 16, 2023 Order[1] is AFFIRMED.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, March 14, 2024.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 48, Adversary Proceeding, No. 22-00039; Bankruptcy Case No. 19-6636.